# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Robert Mike, Jr., | **Civil File No. 04-1745 (PAM/RLE)** |
| Plaintiff, | |
| vs. | **ORDER** |
| Flint Hills Resources, LP. | |
| Defendant. | |

On the basis of the Stipulation of Dismissal entered into by the parties to this action,

IT IS ORDERED that the claims of Plaintiff Robert Mike, Jr., be, and hereby are, dismissed on their merits, with prejudice and without costs to either party.

BY THE COURT:

Date:  July   12  , 2005

s/Paul A. Magnuson
Paul A. Magnuson
United States District Judge

1